435 A.2d 911

Commonwealth v. Ferraro, Appellant.
Petition for Allowance of Appeal Denied May 13, 1982.

Argued  September 9, 1980.

William J. Mazzola, for appellant; Lee Kaplan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.